# Hutchinson Furnace & Smoke Consuming Company
## v.
## Will H. Lyford.

*Corporations—Sale of Capital Stock—Fraud.*

In an action against a corporation to recover damages for fraud, in the sale of certain shares of its capital stock, this court, upon a review of the record, affirms the judgment of the court below for plaintiff.

[Opinion filed May 18, 1887.]

Appeal from the Superior Court of Cook County; the Hon. Rollin S. Williamson, Judge, presiding.

Mr. John M. Gartside, for appellant.

Mr. Wm. Armstrong, for appellee.

*Per Curiam.* This was an action on the case brought by Will H. Lyford against the Hutchinson Furnace and Smoke Consuming Company, to recover damages for fraud in the sale by the defendant to the plaintiff, of certain shares of the capital stock of the defendant company. At the trial the jury found the issues for the plaintiff, and assessed his damages at the amount paid by him for said shares and interest. We have given the record careful examination, and are of the opinion that it contains no errors of law and that the evidence sustains the verdict. The judgment will be affirmed.

*Judgment affirmed.*